**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:08CV120-V**

| | | |
|---|---|---|
| **HICKORY SPRINGS MANUFACTURING COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **CATHY BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Patricia Stephens Johnson]" (document #2) filed October 14, 2008. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 14, 2008

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge