IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
STATESVILLE, N.C.
FEB 1 1 2009
U.S. DISTRICT COURT
W. DIST. OF NC

| | |
|---|---|
| HICKORY SPRINGS MANUFACTURING COMPANY, | |
| Plaintiff, | CIVIL ACTION FILE NO. 5:08-CV-120 |
| v. | |
| CATHY L. BROWN, | |
| Defendant. | |

## DEFAULT JUDGMENT

Default having been entered against the Defendant, Cathy L. Brown, for failure to plead or otherwise defend, Plaintiff having requested that the Clerk enter Default Judgment, and Plaintiff having filed a affidavit showing the amount due:

Default Judgment is hereby entered against the Defendant, Cathy L. Brown, in the amount of $20,487.98.

**FRANK G. JOHNS**, CLERK

By: *Carolyn B. Bouchard*
Court Clerk, Deputy Clerk